UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6720

DOUGLAS B. SEIBERT,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-00-495)

Submitted:  July 26, 2001          Decided:  August 2, 2001

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Douglas B. Seibert, Appellant Pro Se.  Hazel Elizabeth Shaffer,
Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Douglas B. Seibert seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. <u>Seibert v. Angelone</u>, No. CA-00-495 (E.D. Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2